Schedule B
Sound Recordings

| Artist | Song and/or Album | Copyright Reg. No. | Plaintiff |
|---|---|---|---|
| Black Eyed Peas | The E.N.D. (The Energy Never Dies) | SR 633-584 | UMG Recordings, Inc. |
| Mary J. Blige | Stronger with Each Tear | SR 636-307 | UMG Recordings, Inc. |
| Katy Perry | California Gurls | SR 622-264 | Capitol Records, LLC |
| Lady Antebellum | Need You Now | SR 644-543 | Capitol Records, LLC |
| Jimmy Eats World | Invented | SR 663-718 | UMG Recordings, Inc. |
| Rihanna | Only Girl (In The World) | SR 669-316 | UMG Recordings, Inc. |
| Florence and The Machine | Lungs | SR 645-045 | UMG Recordings, Inc. |
| Eminem | Recovery | SR 653-572 | UMG Recordings, Inc. |
| Far East Movement | Like a G6 | SR 658-290 | UMG Recordings, Inc. |
| Lady Gaga | Born This Way | SR 671-815 | UMG Recordings, Inc. |
| Lady Antebellum | Just a Kiss | SR 679-267 | Capitol Records, LLC |

*This list is a representative sample only and will be amended after identification, through discovery or otherwise, of all of the specific works infringed by Defendants. Plaintiffs are informed and believe, and on that basis aver, that at least many hundreds of Plaintiffs' works have been infringed by Defendants.