JEFFREY D. GOLDMAN (Bar No. 155589),
*jgoldman@jmbm.com*
STANLEY M. GIBSON (Bar No. 162329),
*sgibson@jmbm.com*
TALYA GOLDFINGER (Bar No. 294926),
*tgoldfinger@jmbm.com*
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

Attorneys for Plaintiffs and Counter-Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC. a Delaware corporation; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL EAGLE ENTERTAINMENT INC. a Delaware corporation, et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. CV 14-3466-GW (JPR)<br><br>*Assigned to Hon. George H. Wu*<br><br>**JOINT SCHEDULING REPORT REGARDING PROPOSED CASE MANAGEMENT DATES**<br><br>Current Trial Date:  May 10, 2016<br><br>Proposed Trial Date: June 7, 2016<br><br>Complaint Filed: May 5, 2014 |

This report is submitted by Plaintiffs and Counter-Defendants UMG Recordings, Inc., Capitol Records, LLC, Universal Music Corp., Songs of Universal, Inc., Universal – Polygram International Publishing, Inc., Universal – Polygram International Tunes, Inc., Universal Music – MGB NA LLC, Universal Music – Z Tunes LLC, and Rondor Music International, Inc. (collectively, "Plaintiffs"), on the one hand, and Defendants and Counter-Claimants Global Eagle Entertainment Inc., Inflight Productions USA Inc. and Inflight Productions Ltd. (collectively, "IFP"), on the other hand, by and through their undersigned counsel, in accordance with the Court's April 21, 2016 Order on the Pretrial Conference [Docket No. 507].

**Plaintiffs' Proposal**

The parties have been discussing mediating the case before a well-known mediator, perhaps in late May though a date is not yet confirmed of as this filing.  With this in mind, Plaintiffs proposed the following modification of the trial date and pre-trial schedule:

1. Trial is continued from May 10, 2016 to June 7, 2016 at 9:00 a.m.

2. The Final Pre-Trial Conference is continued to May 23 or 26, 2016 at 8:30 a.m.

3. The parties are to exchange their revised motions *in limine* and deposition objections, per the Court's April 21 instructions, by May 6, 2016.

4. By May 10, 2016, the parties will have met and conferred regarding the preparation of the revised joint documents for submission to the Court, which shall be filed by May 16, 2016.

Plaintiffs strongly believe that an imminent, concrete, and near-term trial date is essential to the possibility of settlement, as well as the interests of prompt justice in the event the case is not amicably resolved.  Plaintiffs anticipate that further delay in commencing the trial will undercut the sense of urgency on both sides that will be most conducive to settlement.  Plaintiffs' proposal provides ample time for the parties

1  to jointly submit thoughtful and complete pre-trial documents without undue delay in
2  trying the case to its conclusion in the event that the parties are not able to reach a
3  resolution.

4  **Defendants' Proposal**

5  Defendants respectfully submit that Plaintiffs' proposed schedule does not
6  build in sufficient time for at least two reasons.

7  First, the parties are indeed discussing mediating the case. However, due to the
8  availability of the mediator and the parties' schedules, that mediation may not be set
9  until late May *or the first half of June*. A trial set to start in June 7 may prevent the
10 parties from mediating the case.

11 Second, the Court has requested the parties to prepare a substantial amount of
12 additional briefing in the form of Joint Stipulations. Plaintiffs brought four motions
13 in limine (compared to Defendants' single motion), which will require Defendants to
14 prepare a topic by topic response that comports with the form of joint statement
15 required by the Court. At a minimum, this will take one week and, because of
16 previously disclosed personal obligations of counsel, Defendants have built in below
17 two weeks for responses. Defendants submit that this time is needed to prepare the
18 the type of organized and professional joint stipulations that the Court requested. The
19 Court will also likely want sufficient time to review the documents.

20 As a result for the foregoing, Defendants submit the following proposed
21 schedule. Defendants further submit that, contrary to Plaintiffs' suggestion, the
22 proposed delay in the trial schedule is not so substantial that it will, in any way, affect
23 or delay settlement discussions.

24 1.  By May 13, 2016, each side will serve the other with the Joint
25 Statements on their respective Motions in Limine and deposition objections.

26 2.  By May 27, each side will provide their inserts to the respective Joint
27 Statements.

28

3. By June 2, the parties will have met and conferred regarding the jury instructions, verdict form and joint statement of the case.

4. By June 3, the parties will file each of the Joint Statements and the updated jury instructions, verdict form and joint statement of the case.

5. On or about June 16, or as is convenient for the Court, hearing on the motions in limine, other objections, and remaining issues.

6. Trial – to be determined based on the Court's schedule.

Dated:  April 27, 2016         JEFFER, MANGELS, BUTLER & MITCHELL LLP

By  */s/ Jeffrey D. Goldman*
JEFFREY D. GOLDMAN
STANLEY M. GIBSON
TALYA GOLDFINGER
Attorneys for Plaintiffs and Counter-Defendants

Dated:  April 27, 2016         SHEPPARD, MULLIN, RICHTER & HAMPTON llp

By  */s/ Martin D. Katz*
MARTIN D. KATZ
JAY T. RAMSEY
Attorneys for Defendants and Counter-Claimants