UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-3466-GW(JPRx) | Date | April 28, 2016 |
|---|---|---|---|
| Title | *UMG Recordings, Inc., et al. v. Global Eagle Entertainment, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jeffrey D. Goldman | Martin D. Katz |
| | Bridget J. Russell |

**PROCEEDINGS:**     **PRETRIAL CONFERENCE**

Court and counsel confer re scheduling.  The Court continues the Jury Trial from May 10, 2016 to July 19, 2016 at 9:00 a.m.  The Pretrial Conference is continued to July 7, 2016 at 8:30 a.m.  Final supplemental pretrial documents will be filed by June 30, 2016.

|  | : | 07 |
|---|---|---|
| | Initials of Preparer | JG |