1  JEFFREY D. GOLDMAN (Bar No. 155589),
   *jgoldman@jmbm.com*
2  STANLEY M. GIBSON (Bar No. 162329),
   *sgibson@jmbm.com*
3  TALYA GOLDFINGER (Bar No. 294926),
   *tgoldfinger@jmbm.com*
4  JEFFER MANGELS BUTLER & MITCHELL LLP
   1900 Avenue of the Stars, Seventh Floor
5  Los Angeles, California  90067-4308
   Telephone:   (310) 203-8080
6  Facsimile:    (310) 203-0567

7  Attorneys for Plaintiffs and Counter-Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UMG RECORDINGS, INC. a Delaware corporation; et al., | CASE NO. CV 14-3466-GW(JPRx) |
|---|---|
| Plaintiffs, | *Assigned to Hon. George H. Wu* |
| v. | **ORDER GRANTING RULE 41 STIPULATION OF DISMISSAL** |
| GLOBAL EAGLE ENTERTAINMENT INC. a Delaware corporation, et al., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

PRINTED ON
RECYCLED PAPER
LA 13047311v1

[Proposed] Order Granting Rule 41 Stipulation of Dismissal

1  The Court has read and reviewed the Rule 41 Stipulation of Dismissal, **IT IS
2  ORDERED** that all claims against Defendants and Counter-Claimants Global Eagle
3  Entertainment Inc., Inflight Productions USA Inc. and Inflight Productions Ltd.
4  (collectively "the GEE Parties") asserted in the First Amended Complaint and all
5  claims against Plaintiffs and Counter-Defendants UMG Recordings, Inc., Capitol
6  Records, LLC, Universal Music Corp., Songs of Universal, Inc., Universal-Polygram
7  International Publishing, Inc., Universal – Songs of PolyGram International, Inc.,
8  Universal – PolyGram International Tunes, Inc., Universal Music – MGB NA LLC,
9  Universal Music – Z Tunes LLC, Rondor Music International, Inc., and Universal
10 Musica, Inc. (collectively "the UMG Parties") asserted in the Second Amended
11 Counterclaims and against Universal Music Group International, Inc. are dismissed
12 with prejudice, with the UMG parties, the GEE Parties, and Universal Music Group
13 International, Inc. each bearing their own respective attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: August 16, 2016    _____
                          The Honorable George H. Wu
                          United States District Judge

[Proposed] Order Granting Rule 41 Stipulation of Dismissal